Alan Stuart Graf, OSB # 92317
alangraf@aracnet.com
PO Box 98
Summertown, TN 38483
Telephone: 931-964-3123
Fax: 931-964-3127
Attorneys for Plaintiff

FILED'10 APR 02 09:59USDC-ORP

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| SANDRA L. KENNEDY | CV 09-6005-MO |
| Plaintiff, | |
| v. | ORDER FOR EAJA ATTORNEY FEES |
| MICHAEL J. ASTRUE<br>Commissioner of Social Security, | |
| Defendant. | |

Based upon the stipulation of the parties, the Court orders the Commissioner of Social Security Administration to pay Equal Access to Justice Award (EAJA) attorney fees in the amount of $3,888.10 to Plaintiff's attorney and mailed to Plaintiff's attorney at PO Box 98, Summertown, TN. 38483

It is so ORDERED

Dated this 1 day of April 2010

United States District Judge

Prepared as to form

/s/ Alan Graf
Attorney for Plaintiff

ORDER FOR EAJA FEES